991 A.2d 884

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Kirk N. DUNSON, Respondent.**

Supreme Court of Pennsylvania.

April 26, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED,** pursuant to this Court's decision in *Commonwealth v. Liston,* 602 Pa. 10, 977 A.2d 1089 (2009).